**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY<br><br>Plaintiff,<br><br>v.<br><br>L. FRANCIS CISSNA, et al.<br><br>Defendants. | Civil Action No. 1:19-cv-443 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), this action is dismissed, without prejudice, by the Plaintiff, Bristol-Myers Squibb Company ("BMS"), in its entirety.

Respectfully submitted,

Dated: April 23, 2019

MORGAN, LEWIS & BOCKIUS LLP

By:/s/ Eleanor Pelta
Eleanor Pelta (DC Bar # 418076)
eleanor.pelta@morganlewis.com
Daniel D. Schaeffer (DC Bar # 888208991)
daniel.schaeffer@morganlewis.com

1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:    +1.202.739.3000
Facsimile:    +1.202.739.3001

Attorneys for Plaintiff